Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55189.**—Chong Long Co. et al. *v.* United States, protests 23407–K, etc. (Boston).

Opinion by COLE, J. The protests were dismissed.

**No. 55190.**—Chee Jung Wo et al. *v.* United States, protests 88451–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 55191.**—Fleming-Joffe, Ltd., et al. *v.* United States, protests 133655–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55192.**—Overseas Commerce Corp. et al. *v.* United States, protests 137675–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55193.**—Fleming–Joffe, Ltd., et al. *v.* United States, protests 139416–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55194.**—Emil Buschoff & Co., Inc. *v.* United States, protests 142395–K and 142396–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.